UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MARCUS LEE ASSOCIATES, L.P. | : | |
| Debtor | : | Bankruptcy No. 09-11037bf |
| _____ | | |
| MARCUS LEE ASSOCIATES, L.P. | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| WACHOVIA BANK, N.A. | | |
| Defendant | : | Adversary No. 09-0143 |
| _____ | | |
| MERIDIAN OF VALLEY SQUARE CONDOMINIUM ASSOCIATION, INC. | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| WACHOVIA BANK, N.A. | | |
| Defendant | : | Adversary No. 09-0144 |
| _____ | | |

................................................

ORDER

................................................

AND NOW, this 23rd day of December 2009, for the reasons stated in the accompanying memorandum, it is hereby ordered as follows:

1. Defendant Wachovia's motion to dismiss Adv. No. 09-0144 is granted as the plaintiff therein has no third party beneficiary standing to assert claims against the defendant; and

   2. Defendant Wachovia's motion to dismiss Adv. No. 09-0143 is granted, but the debtor/plaintiff is granted leave to amend its complaint in a manner consistent with Part VII of the memorandum. Any such amendment shall be filed and served on or before January 11, 2010.

                 _____
                  BRUCE FOX
               United States Bankruptcy Judge

copies to:

Albert A. Ciardi, III, Esq.
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

Jennifer P. Knox, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Robert Mark Bovarnick, Esq.
Law Offices of Robert M. Bovarnick
Two Penn Center Plaza
1500 JFK Blvd., Suite 1310
Philadelphia, PA 19102